1  BENJAMIN B. WAGNER
   United States Attorney
2  PHILIP A. FERRARI
   JEAN M. HOBLER
3  Assistant U.S. Attorneys
   501 "I" Street, Suite 10-100
4  Sacramento, California 95814
   Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:08-cr-00427-MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE |
| EMILIO CRUZ, | |
| Defendant. | Date: May 31, 2012<br>Time: 9:00 a.m.<br>Hon. Morrison C. England, Jr. |

It is hereby stipulated and agreed to between the United States of America and defendant Emilio Cruz that the status conference in the above-captioned matter set for April 26, 2012, be continued to May 31, 2012, at 9:00 a.m.

The parties further stipulate that the time period from the date of the originally set status conference, April 26, 2012, through the date of the status conference set for May 31, 2012, should be excluded from computation of the time for commencement of trial under the Speedy Trial Act.

///

///

///

1

The parties stipulate that the ends of justice are served by the Court excluding such time, because of the volume discovery in this case and the need for counsel to have reasonable time for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

For these reasons, the defendant, defense counsel, and the government stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).

Respectfully Submitted,

BENJAMIN B. WAGNER
United States Attorney

DATE: May 2, 2012     By:  /s/ Philip A. Ferrari
                          PHILIP A. FERRARI
                          Assistant U.S. Attorney

DATE: May 2, 2012     By:  /s/ Philip A. Ferrari for
                          CLYDE BLACKMON
                          Att'y for Emilio Cruz

///
///
///

**O R D E R**

IT IS ORDERED that the status conference currently set for April 26, 2012, is VACATED, and continued to May 31, 2012, at 9:00 a.m. For the reasons stipulated to by the parties, good cause exists pursuant to 18 U.S.C. §§ 3161(h)(7), and time is excluded under the Speedy Trial Act through May 31, 2012. For the reasons set forth in the stipulation, the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4).

Dated: May 2, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE